Barker-Lubin Co., a Corporation, Plaintiff-Appellee, v. L. J. Wanous, et al., Defendants-Appellants, Consolidated With Community Unit School District No. 1, Madison County, Illinois, For the Use of Barker-Lubin Co., a Corporation, Plaintiff-Appellee, v. L. J. Wanous, et al., and Massachusetts Bonding and Insurance Company, a Corporation, Defendants-Appellants.

Gen. No. 60–F–17.

Fourth District.

May 26, 1960.

Mc-Glynn, McGlynn, and Rain, of East St. Louis, Walther, Barnard,

Cloyd, and Timm, of St. Louis, Mo., for defendant-appellant, Massachusetts Bonding and Insurance Company, Armbruster and Diaz, of Alton, for defendants-appellants, L. J. Wanous and William Wanous, Co-partners, Doing Business Under the Name and Style of Wood River Plumbing and Supply Co., and Wood River Plumbing and Supply Company, Inc., Buckley and Buckley, of Edwardsville, for defendants-appellants, Roxana Community Unit School District Number 1, Madison County, Illinois, Also Known as Community Unit School District Number 1, Madison County, Roxana, Illinois, a Corporation, and Board of Education of Roxana Community Unit School District Number 1, Madison County, Illinois, a Corporation; Stevens, Herndon, and Nafziger, of Springfield (W. Knowles Laird, of counsel) for appellee. Opinion by PRESIDING JUSTICE SCHEINEMAN. **Not to be published in full.**